IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MCCLURE,** | : | **CIVIL ACTION NO. 1:23-CV-1060** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **FERNANDO GARZA**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of May, 2024, upon review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED without further leave to amend.

2. Plaintiff's motion for a court order compelling the BOP to release the names of individual defendants (Doc. 18) is DENIED as moot.

3. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania